UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiffs,<br><br> v.<br><br>AHRON BOGOMILSKY, et al.,<br><br>    Defendants. | Case No. 21-cv-05909-SI   (SI)<br><br>**ORDER OF CONDITIONAL DISMISSAL UPON SETTLEMENT** |

  The parties to the action, by their counsel, have advised the court that they have agreed to a settlement.

  IT IS HEREBY ORDERED that this matter is DISMISSED WITH PREJUDICE. However, if any party hereto certifies to this court, with proof of service of a copy thereon on opposing counsel, within ninety days from the date hereof (3/1/2022), that settlement has not in fact occurred, the foregoing order shall be vacated and this cause shall forthwith be restored to the calendar for further proceedings.

  **IT IS SO ORDERED**.

Dated: December 1, 2021

                    _____
                    SUSAN ILLSTON
                    United States District Judge